UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dewayne Richardson
_____

Write the full name of each plaintiff.

17 CV 8622 (RJS)

(Include case number if one has been assigned)

-against-

City of New York
_____

**AMENDED**

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4-24-18

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*False Arrest, 6th Amedment 14th Amedment*

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                  (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Ericks Rodriguez, Carlos Pagan_, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Ericks Rodriguez, Carlos Pagan_ is incorporated under the laws of the State of _New York Police Department_

and has its principal place of business in the State of _New York City_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _New York City_.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Dewayne_  _Richardson_
First Name        Middle Initial        Last Name

_1470 Amsterdam Ave Apt #14G_
Street Address

_New York_                _N.Y._          _10027_
County, City              State           Zip Code

_1(212)862-0318_
Telephone Number                    Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
First Name: Ericks
Last Name: Rodriguz
Current Job Title (or other identifying information): Police Detective Shield # 4675
Current Work Address (or other address where defendant may be served): Night Watch 3280 Broadway 6th Floor
County, City: New York
State: N.Y.
Zip Code: 10027

Defendant 2:
First Name: Carlos
Last Name: Pagan
Current Job Title (or other identifying information): Detective
Current Work Address (or other address where defendant may be served): Night Watch 3280 Broadway 6th floor
County, City: New York
State: N.Y.
Zip Code: 10027

Defendant 3:
First Name:
Last Name:
Current Job Title (or other identifying information):
Current Work Address (or other address where defendant may be served):
County, City:
State:
Zip Code:

Page 4

Defendant 4: _____

First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: My then Home residence

Date(s) of occurrence: 12/9/16, 12/10/16

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On 12/9/16 my Fiance made A 911 call, to report she had been Robbed, and Assauited, on 12/10/16, I was in our room we shared, when three detectives came in our room, with A key from the front desk detective Ericks, I stop him, and two other officer's, at the door which was detetive Carlos Pagan, I ask them what they where doing intering my room, with A key, they ask me do u live here I said yes me and my Fiance, they ask where your Fiance, I told them in the Hospital, she had A Anxiety Attack, they then told me it would be best to come with them to the Pricent, I told them No I'm going to see my Fiance in the hospital. Then Went to close the the door, they push there way in handcuff me and Search our room with No warrent, locked me up, where I was

Page 5

detained for 82 day At rikers islands A.M.K.C Then the case was dismissed on 3/1/17. my fiance past away I never had A chance to pay my last respect to her

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I lost my room all the cloths I had in it I got into A fight on rikers island were I could have been cut, or, stabed.

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

$250,000 punitive $500,000 monitery

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 4/19/18 | D. Richardson |
|---|---|
| Dated | Plaintiff's Signature |

| Dewayne | | Richardson |
|---|---|---|
| First Name | Middle Initial | Last Name |

1470 Amsterdam Ave Apt 14G
Street Address

| New York | N.Y. | 10027 |
|---|---|---|
| County, City | State | Zip Code |

1(212)862-0318
Telephone Number                                    Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

Dewayne Richardson
1470 Amsterdam Ave Apt #14G
New York N.Y. 10027

TO: Clerk
United States District Court
Southern District of New York
United States Court House
500 Pearl Street
New York N.Y. 10007-1312

Pro Se

NEW YORK NY 100
24 APR 2018 PM 13 L

RECEIVED
2018 APR 25 PM 3:07
CLERK'S OFFICE
S.D.N.Y.

10007-1312