UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dewayne Richardson
_____

Write the full name of each plaintiff.

17 CV 8622 (RJS)

(Include case number if one has been assigned)

-against-

City of New York
_____

**AMENDED**

**COMPLAINT**

Do you want a jury trial?
☑ Yes  ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-26-18

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 2/10/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*False Arrest 6th Amedment And 14th Amedment*

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                    (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, Sergeant Wilson Quiles, Ericks Rodriguez, Carlos Pagan, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, Wilson Quiles, Ericks Rodriguez, Carlos Pagan, is incorporated under the laws of the State of New York City Police Department

and has its principal place of business in the State of New York City

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in New York City.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Dewayne _____  Richardson _____
First Name       Middle Initial       Last Name

1470 Amsterdam Ave Apt #14G
Street Address

New York _____  N.Y. _____  10027 _____
County, City            State         Zip Code

(212) 862-0318 _____       _____
Telephone Number                     Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
First Name: Ericks
Last Name: Rodriguez
Current Job Title (or other identifying information): Police Detective Shield # 4675
Current Work Address (or other address where defendant may be served): Night Watch 3280 Broadway 6th floor
County, City: New York
State: N.Y
Zip Code: 10027

Defendant 2:
First Name: Carlos
Last Name: Pagan
Current Job Title (or other identifying information): Police Detective Shield No # 2218
Current Work Address (or other address where defendant may be served): Night Watch 3280 Broadway 6th floor
County, City: New York
State: N.Y.
Zip Code: 10027

Defendant 3:
First Name: Wilson
Last Name: Quiles
Current Job Title (or other identifying information): Sergeant Shield No # 4067
Current Work Address (or other address where defendant may be served): 30th Precinct 451 West 151 Street
County, City: New York
State: N.Y.
Zip Code: 10031

Defendant 4: _____
　　　　　　　　First Name　　　　　　　Last Name

　　　　　　　_____
　　　　　　　Current Job Title (or other identifying information)

　　　　　　　_____
　　　　　　　Current Work Address (or other address where defendant may be served)

　　　　　　　_____
　　　　　　　County, City　　　　　　　State　　　　　Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: **My then Home residence**

Date(s) of occurrence: **12/9/16, 12/10/16**

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On 12/9/16 My Fiance made A 911 Call, to report she had been, Robbed, and Assaulted, on 12/10/16, I was in our room cleaning, when three detective's came in our Room with A Key from the front desk, detective Ericks Rodriquez, I stopped him, and two other detectives Carlos pagan, and Wilson Quiles, I ask them what they where doing intering my room, with A Key, they asked me do you live here I said Yes me and my fiance, they ask were is she I told them in The Hospital, she had A Anxiety Attack, they then told me it would be best to come with them to the Pricent, I told them No I'm going to see my fiance, in the Hospital, Then I went to close the door, They pushed there way in handcuff me and searched our room with No Warrent, locked me up Where I was

detained for 82 days At rikers island Am.K.C Then the case was dismissed on 3/1/17. My. Fiance, Past away, and I never had A chance to pay my respects to her.

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I lost my Room all my cloths I had in it I got into A fight on rikers island where I could have been cut, or stabed, at any time

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Monitery $500.000, Punitive $250.000

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 6/18/18 | D. Richardson |
| Dated | Plaintiff's Signature |
| Dewayne | Richardson |
| First Name      Middle Initial | Last Name |
| 1470 Amsterdam Ave Apt No #14G | |
| Street Address | |
| New York | N.Y            10027 |
| County, City | State           Zip Code |
| 212-862-0318 | |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7



Dewayne Richardson
1870 Amsterdam Ave Apt #14G
New York N.Y. 10027

To: Pro se Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York N.Y. 10007

Case 1:17-cv-08622-PAE-RWL   Document 25   Filed 06/26/18   Page 9 of 9