UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEWAYNE RICHARDSON,                     :     17-cv-8622 (PAE) (RWL)

                   Plaintiff,                      :     **ORDER**

         - against -                              :

CITY OF NEW YORK, et al.,                    :

                 Defendants.               :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendants have filed a letter motion requesting a pre-motion conference to discuss their anticipated motion for summary judgment. The request for a conference is denied; however, Defendants may proceed with filing their motion. The motion briefing schedule shall be as follows:

    Defendants' moving papers filed and served:   January 17, 2020.

    Plaintiff's opposition papers filed and served:   March 18, 2020

    Defendants' reply, if any, filed and served:   April 1, 2020

        SO ORDERED.

        _____
        ROBERT W. LEHRBURGER
        UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
          December 3, 2020

Copies transmitted to all counsel of record and to:
Dewayne Richardson
NYSID: 07324739Y
B&C #: 3491901861
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-3-19