```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DEWAYNE JOAQUIN RICHARDSON,              :
                                         :
                        Plaintiff,       :
                                         :
            - against -                  :
                                         :
CITY OF NEW YORK, et al.,                :
                                         :
                        Defendants.      :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/2020

17 Civ. 08622 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On January 27, 2020, Defendants filed their Declaration of Adria J. Bonillas in Support of Defendant City of New York's Motion for Summary Judgment ("Def. Decl."). (Dkt. 84.) In filing their declaration, Defendants did not attach to their declaration Exhibit F or Exhibit G. Exhibit F is "a true and correct copy of excerpts of the District Attorney File No. 2853218"; and Exhibit G is a "a true and correct copy of plaintiff's Online Prisoner Arraignment form." (Def. Decl. ¶¶ 7-8.) Defendants shall file the exhibits with the Court on ECF no later than **July 24, 2020**, by **5:00 p.m.**

Within five (5) days of the date of this Order, counsel shall mail a copy of this Order to Plaintiff Pro Se and file proof of such service on ECF. If counsel is unable to complete this mailing as a result of COVID-19 and related disruptions, counsel shall promptly notify the Court by letter filed on ECF.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   July 17, 2020
         New York, New York

Copies transmitted to all counsel of record.