# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DEWAYNE JOAQUIN RICHARDSON,

                Plaintiff,                17 **CIVIL** 8622 (PAE) (RWL)

    -against-                       **<u>JUDGMENT</u>**

CITY OF NEW YORK, ERICKS RODRIGUEZ,
CARLOS PAGAN, and WILSON QUILES,

                Defendants.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2020, the Court grants defendants' motion for summary judgment and dismisses Richardson's claims in their entirety; accordingly, this case is closed.

**Dated:**  New York, New York
           September 29, 2020

                                                **RUBY J. KRAJICK**
                                                 _____
                                                 **Clerk of Court**
                          **BY:**
                                                 _____
                                                    **Deputy Clerk**